ACCEPTED
04-14-00818-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 4:10:36 PM
KEITH HOTTLE
CLERK

No. 04-14-00818-CR

IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL DISTRICT
OF TEXAS, AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 4:10:36 PM
KEITH E. HOTTLE
Clerk

**Mark McCourt Lieber, Jr.**
Appellant

v.

**The State of Texas**
Appellee

On Appeal from the 198th District Court of Kerr County in Cause No.
B14-155, the Honorable M. Rex Emerson, Judge Presiding

# Motion for Extension of Time
# To File State's Brief on Appeal

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW, the State of Texas, Appellee in the above styled and numbered cause, by and through her duly elected District Attorney, and respectfully enters this AMotion for Extension of Time to File State's Brief on Appeal, and in support of such Motion would show the Court:

I

Appellant was sentenced in open court on November 6, 2014, having been convicted of the offense of theft. Punishment was assessed at confinement for 75 years. Notice of Appeal was timely filed with the clerk of the trial court.

II

The deadline for filing the State's Brief with the Court was the 7th of July, 2015. This request for an extension is based the failure of the State's appellate staff to properly docket the receipt of Appellant's brief, which led to the due date for the State's brief not being added to the calendar. Counsel for the State would further show that he will require an additional thirty (30) days in which to complete the research and prepare the State's Brief. This is the State's first request for an extension of time.

## Prayer

WHEREFORE PREMISES CONSIDERED, the undersigned prays this Honorable Court to grant the State's Motion for Extension of Time to File Appellant's Brief on Appeal, and Order that the deadline for filing such be extended an additional 30 days, until August 6, 2015, or until such time as set by the Court.

Respectfully submitted,

Scott F. Monroe
District Attorney, 198th District Court
402 Clearwater Paseo, Suite 500
Kerrville, Texas 78028
eMail: scottm@198da.com
Tel. 830-315-2460
Fax: 830-315-2461
State Bar Card No. 14272700

Attorney for the State of Texas

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect⌐ X6 software, contains 364 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on July 14, 2015, a true and correct copy of the above and foregoing motion for extension was transmitted via the eService function on the State's eFiling portal, to M. Patrick Maguire (mpmlaw@ktc.com), counsel of record for Appellant.

_____
Scott F. Monroe